**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, LLC,

Petitioner,

v.

PACWEST MACHINERY, LLC,

Respondent.

**No.: 1:24-cv-01847-JPW**

**ORAL ARGUMENT REQUESTED**

*Electronically Filed*

# PETITIONER'S RESPONSE IN OPPOSITION TO PACWEST'S MOTION TO CONFIRM ARBITRATION AWARD AND MOTION TO ENTER JUDGMENT

BLANK ROME LLP
Anthony B. Haller (PA Bar #37017)
James T. Giles (PA Bar #4425)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
(215) 569-5500
(215) 569-5555 (facsimile)

BAKER & HOSTETLER LLP
Billy M. Donley (*pro hac vice*)
Texas Bar No. 05977085
David R. Jarrett (*pro hac vice*)
Texas Bar No. 00792188
811 Main Street, Suite 1100
Houston, Texas 77002-6111
(713) 751-1600
(713) 751-1717 (facsimile)
*ATTORNEYS FOR PETITIONER*
*VOLVO CONSTRUCTION EQUIPMENT*
*NORTH AMERICA, LLC*

Volvo Construction Equipment North America, LLC ("Volvo") files this Response in Opposition to PacWest Machinery, LLC's ("PacWest") Motion to Confirm Arbitration Award and Motion to Enter Judgment.

Before this Court are Volvo's petition to vacate an arbitral award (Doc. 1); Volvo's amended motion for vacatur and brief in support (Doc. 19); and Volvo's reply brief. (Doc. 27.) Also before the Court are PacWest's cross-motion to confirm the award (Doc. 24); PacWest's brief in support of its cross-motion and opposition to Volvo's amended motion to vacate (Doc. 25); and PacWest's reply brief. (Doc. 28.) The Court scheduled oral argument to commence on August 8, 2025 in Courtroom 8A (Doc. 29).

PacWest did not confer with Volvo prior to filing another motion to confirm arbitration award and motion for judgment, and brief in support. (*See* Docs. 30-32.) With PacWest already having moved by cross-motion to confirm the award, see Doc. 24, PacWest's most recent motion to confirm is duplicative. However, out of an abundance of caution and for its response in opposition to PacWest's motion, Volvo relies on and incorporates by reference all of Volvo's prior briefing currently before this Court as if fully set forth herein.

For all of the reasons Volvo previously set forth in its petition to vacate, see Doc. 1, Volvo's amended motion for vacatur and brief in support, see Doc. 19, and Volvo's reply brief, see Doc. 27, Volvo respectfully prays that Court grant the relief

set forth in Volvo's amended motion, and deny PacWest's cross motion and its duplicative motion to confirm and motion for judgment.

**CERTIFICATE OF SERVICE**

Counsel for Petitioner hereby certifies that a true and correct copy of the foregoing Response in Opposition to PacWest's Motion to Confirm Arbitration Award and Motion to Enter Judgment was served upon all counsel of record via the Court's CM/ECF system.

Date: June 12, 2025

**BLANK ROME LLP**

Anthony B. Haller
______________________

Anthony B. Haller, PA Bar No. 37017
James T. Giles (*pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5690
Anthony.Haller@BlankRome.com
James.Giles@BlankRome.com

**BAKER & HOSTETLER LLP**
Billy M. Donley (*pro hac vice)*
David R. Jarrett (*pro hac vice)*
811 Main Street, Suite 1100
Houston, TX 77002
Telephone: (713) 751-1600
BDonley@Bakerlaw.com
DJarrett@Bakerlaw.com

*Attorneys for Petitioner Volvo Construction Equipment North America, LLC*